IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 22-cv-01856-RM-GPG

REAL ESTATE ALTERNATIVES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LANCE COLLINS, and any other unknown parties unlawfully residing at 1633 Alder Drive, Montrose, Colorado,

    Defendant.

---

**ORDER**

---

Before the Court is Plaintiff's Verified Motion for Award of Attorney Fees (ECF No. 20), seeking a fee award pursuant to 28 U.S.C. § 1447. Plaintiff did not respond to the Motion, and the time to do so has lapsed. Upon consideration of the Motion and the applicable rules, statutes, and case law, the Motion is granted.

On September 2, 2022, this Court issued an Order remanding this forceable entry and detainer action to the County Court in and for Montrose County, Colorado, where it was initiated because the notice of removal was untimely, complete diversity among the parties was lacking, and the "amount in controversy" requirement was not satisfied. (*See* ECF No. 17.)

Section 1447(c) provides that "[a]n order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." The Court finds such costs and expenses were undoubtedly incurred by Plaintiff here.

In its Verified Motion, Plaintiff asserts it incurred fees of $4,355.00 for "direct expenses

associated with the research, drafting, and filing of the Motion for Remand" and has submitted an invoice with eight entries describing work performed.  One entry provides: "Follow up continual threats.  Check status of County Court deadlines."  (ECF No. 20-1.)  While the Court has little trouble finding that the other entries describe fees incurred "as a result of the removal," the Court is not persuaded that this entry passes muster.  Therefore, the Court will reduce the amount requested by $130.

Plaintiff's Verified Motion (ECF No. 20) is GRANTED, and Plaintiff's are awarded fees totaling $4,225.00.

DATED this 7th day of October, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge